ACCEPTED
03-14-00249-CR
3685494
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 3:27:52 PM
JEFFREY D. KYLE
CLERK

January 7, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 3:27:52 PM
JEFFREY D. KYLE
Clerk

Clerk of the Court of Appeals
Third Court of Appeals
Price Daniel Sr. Bldg
209 W. 14th St.  Rm. 101
Austin, TX 78701

Re: Eric Sweningson v. State of Texas, Case Number 03-14-00249-CR, Trial Court
No. C-1-CR-204127

Dear Sir or Madam,

I am writing to inform the Court that I have complied with Rule 48.4, Opinion Sent
to Criminal Defendant.  The opinion in this case was handed down 12/31/2014.  I
sent a copy of the judgment and opinion to the client, certified mail, return receipt
requested, and I emailed him a copy of the judgment as well.

I hereby certify that I sent a copy of the Opinion and Judgement, along with a notice
of a right to file a *pro se* Petition for Discretionary Review in compliance with Rule
48.4, to Appellant Eric Sweningson at his last known address on January 5, 2015.


Sincerely,


/s/ Lisa Marie Mims
Lisa Marie Mims
Attorney
SBN: 24037119
P.O. Box 141218
Austin, TX 78714-1218
Tel. (512) 417-8357
Fax: (512) 532-6683

lisamariemims@gmail.com



@@ Certified
USPS Certified

7014 0280 0000 4206 4574

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

LEANDER TX 78641    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.87 |
| Certified Fee | | 0125 |
| Return Receipt Fee (Endorsement Required) | $3.30 | 05 |
| Restricted Delivery Fee (Endorsement Required) | $2.70 | Postmark Here |
| | $0.00 | |
| Total Postage & Fees | $ | $8.87 |

01/05/2015

Sent To   En2 Shennyson
Street & Apt. No., or PO Box No.   7040 Park Ave
City, State, ZIP+4   Hot Sprngs, AK 71901

PS Form 3800, July 2014                    See Reverse for Instructions